# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PNINA LUTMAN,** | : | CIVIL ACTION NO. 1:10-CV-1504 |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| **EYAL LUTMAN**, | : | |
| Respondent | : | |

## **ORDER**

AND NOW, this 27th day of August, 2010, upon consideration of the motion (Doc. 33), filed by respondent Eyal Lutman ("respondent"), to stay execution of the order of court dated August 26, 2010 (Doc. 32), wherein the court granted the petition for the return of minor child D.L. and directed the Clerk of Court to provide D.L.'s passport to petitioner Pnina Lutman ("petitioner") or her counsel, and following a telephone conference with counsel for petitioner and respondent on the date hereof, and following oral argument on the pending motion, it is hereby ORDERED that:

1. The motion (Doc. 33) to stay execution of the order is DENIED.

2. The Clerk of Court is directed to deliver D.L.'s passport to petitioner.

3. Petitioner is directed to make best efforts to facilitate an opportunity for respondent to meet with D.L. and say goodbye prior to D.L.'s departure. Both parties are directed to refrain from any improper conduct and to act in a manner that comports with the best interests of D.L. in light of the difficult circumstances presented.

          S/ Christopher C. Conner
          CHRISTOPHER C. CONNER
          United States District Judge